**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re the Matter of the Estate of ROBERT LEE JACKSON, Deceased. | No. CV 19-10528 CJC (Ex) **ORDER REMANDING CASE** |

Pursuant to stipulation and for good cause shown, IT IS HEREBY ORDERED that this case is REMANDED to the Superior Court of the State of California, County of Los Angeles, Case No. 16STPB06929.

Dated: January 7, 2020___

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Presented by,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section


   */s/ Paul B. Green*
PAUL B. GREEN
Assistant United States Attorney

Attorneys for Real Party-Defendant in Interest
Dr. Benjamin Carson, in his official capacity as Secretary of U.S. Department of Housing and Urban Development